1
2
3
4
5
6
7

8        **UNITED STATES DISTRICT COURT**

9        **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   ALI HASSEM BAHRAMBEYGUI,                    Case No. 21-cv-01153-BAS-AGS

12                              Petitioner,
                                                 **ORDER:**
13        v.                                     **(1) APPROVING AND ADOPTING**
                                                 **REPORT AND**
14   JIM ROBERTSON, *et al.*,                    **RECOMMENDATION IN ITS**
                                                 **ENTIRETY (ECF No. 14); AND**
15                            Respondents.

16                                               **(2) GRANTING PETITIONER'S**
17                                               **MOTION TO STAY (ECF No. 2)**

18
19
20

21        Petitioner Ali Hassem Bahrambeygui, proceeding *pro se*, filed his federal habeas

22   petition under 28 U.S.C. § 2254 while his state habeas petition is still pending in the

23   California Supreme Court.  (ECF No. 1.)  Bahrambeygui filed a Motion for Stay and

24   Abeyance.  (ECF No. 2.)  On December 3, 2021, United States Magistrate Judge Andrew

25   G. Schopler issued a Report & Recommendation ("R&R") recommending this Court grant

26   Bahrambeygui's Motion, giving Respondents fourteen days to file any objections.  (ECF

27   No. 14.)  To date, no party has filed an objection to the R&R.

28

- 1 -

21cv1153

The Court reviews *de novo* those portions of the R&R to which objections are made. 28 U.S.C. § 636(b)(1). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* But "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that where no objections were filed, the district court had no obligation to review the magistrate judge's report). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Id.* "When no objections are filed, the de novo review is waived." *Marshall v. Astrue*, No. 08-cv-1735, 2010 WL 841252, at *1 (S.D. Cal. Mar. 10, 2010) (Lorenz, J.) (adopting report in its entirety without review because neither party filed objections to the report despite the opportunity to do so).

In this case, the deadline for filing objections was December 17, 2021. However, the parties have not filed any objections or requests for additional time to do so. Consequently, the Court may adopt the R&R on that basis alone. *See Reyna-Tapia*, 328 F.3d at 1121. Having nonetheless reviewed the R&R, the Court agrees with the R&R's recommendations. Accordingly, the Court hereby approves and **ADOPTS** the R&R in its entirety. (ECF No. 14.) The Court therefore **GRANTS** Bahrambeygui's Motion for Stay and Abeyance. (ECF No. 2.) **Within 14 days of the state court's decision resolving his claims, Bahrambeygui must file a motion requesting that the stay be lifted.**

IT IS SO ORDERED.

DATED: December 20, 2021

Hon. Cynthia Bashant
United States District Judge

- 2 -

21cv1153