UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ali Hassem BAHRAMBEYGUI,<br><br>Petitioner,<br><br>v.<br><br>Jim ROBERTSON, Warden, et al.,<br><br>Respondent. | Case No.:  21-cv-1153-JO-AGS<br><br>**ORDER DENYING MOTION AS MOOT (ECF 19)** |

Given this Court's order requiring Petitioner to file an amended petition (*see* ECF 18) and his subsequent filing of an amended petition (ECF 20), the pending motion to amend (ECF 19) is denied as moot.

Dated: February 15, 2023

_____
Hon. Andrew G. Schopler
United States Magistrate Judge

1